IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  ADVANCED CORRECTIONAL HEALTHCARE, INC., | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | Case No. CIV-11-424-JHP |
| 1.  CECILENE STEVENS and 2.  C & F CORRECTIONAL HEALTHCARE, | ) ) ) ) | |
| Defendant. | | |

## AGREED ORDER OF JUDGMENT

Upon agreement of the parties, the Court hereby enters judgment in favor of Plaintiff, Advanced Correctional Healthcare, Inc., against Defendant, Cecilene Stevens, for damages in the amount of One Hundred Fifty Thousand Dollars and no cents ($150,000.00), with each party to bear its own costs and attorneys' fees.  This judgment disposes of all claims and parties in this action.

This Order entered this 2nd day of October, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

APPROVED:

*S/ Andrew M. Bowman*
Larry D. Ottaway - OBA #6816
larryottaway@oklahomacounsel.com
Andrew M. Bowman - OBA #22071
andrewbowman@oklahomacounsel.com
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Fax: (405) 232-3462

ATTORNEYS FOR PLAINTIFF


*S/A. Camp Bonds, Jr.*
A. Camp Bonds, Jr.
BONDS, MATTHEWS & ASSOCIATES, PLLC
PO Box 1906 - 44 Court Street
Muskogee, OK 74402-1906
Telephone: (918) 683-2911
Facsimile: (918) 687-0846
Email: cbonds@bondsmatthews.com

ATTORNEYS FOR DEFENDANT,
CECILENE STEVENS